[No. 15773-0-II.   Division Two.   November 22, 1993.]

*In the Matter of the Marriage of* WILLIAM PLETZ,
*Appellant, and* HILDEGARD PLETZ,
*Respondent.*

By an order of the Supreme Court May 12, 1994, the petition for review of the above captioned case was dismissed and the opinion, which appeared at 71 Wn. App. 699-715, was ordered depublished.

THE NEXT PAGE IS NUMBERED 715.